**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAROL ELLIS,<br>Plaintiff,<br>v.<br>GARY DEAN, *et al.*,<br>Defendants. | Civil Action No. 24-08213 (JXN)(ADS)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** having come before the Court by way of Defendant Woody Dorsey's ("Dorsey") motion to dismiss Plaintiff Carol Ellis' ("Plaintiff") Amended Complaint pursuant to Federal Rules of Civil Procedure[1] 12(b)(2) and 12(b)(6). (ECF No. 48.) Also before the Court is Plaintiff's motion for default judgment against Defendants Gary Dean, Sentiment Timing Publications, LLC, Marketspath Publications, LLC, and Local Digital Marketing, LLC pursuant to Federal Rule of Civil Procedure 55(b) (ECF No. 56). The Court has carefully reviewed the Amended Complaint and the parties' submissions, and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this 25th day of September 2026,

**ORDERED** that Dorsey's motion to dismiss pursuant to Rule 12(b)(2) (ECF No. 48) is **GRANTED**; it is further

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

**ORDERED** that the claims in the Amended Complaint (ECF No. 41) against Dorsey are hereby **DISMISSED**; it is further

**ORDERED** that Plaintiff's motion for default judgment against Gary Dean, Sentiment Timing Publications, LLC, Marketspath Publications, LLC, and Local Digital Marketing, LLC (ECF No. 56) is **DENIED** ***without prejudice***; it is further

**ORDERED** that Plaintiff shall have forty-five (45) days from the date of this Order and the accompanying Opinion to effectuate service of process upon Gary Dean, Sentiment Timing Publications, LLC, Marketspath Publications, LLC, and Local Digital Marketing, LLC. If service cannot be made by the end of this time period despite Plaintiff's diligent efforts, Plaintiff shall make an application to the Magistrate Judge to permit substituted or constructive service; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail.

**JULIEN XAVIER NEALS**
**United States District Judge**